

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-20-00054-CV

**IN RE STATE OF TEXAS**, ex rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

### ORDER

On January 27, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 12, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 4845, 4863 and 4866, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.